# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR343 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GAGIK HAKOBYAN and | ) | |
| GEORGE KAZARYAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant George Kazaryan (Kazaryan) (Filing No. 53). Kazaryan seeks a continuance of the trial of this matter which is scheduled for July 15, 2013. This matter had previously been specially set for trial after consultation with counsel and arranging for certified interpreters. Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED this 11th day of July, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge