IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR343 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GAGIK HAKOBYAN and | ) | |
| GEORGE KAZARYAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant George Kazaryan (Kazaryan) for a continuance of the trial scheduled for July 15, 2013 (Filing No. 57). Kazaryan asserts he has a medical condition which prevents his attendance at trial on July 15, 2013. The motion is supported by a letter from Kazaryan's physician (Filing No. 57 - Exhibit A). Upon consideration, the motion is granted and trial will be continued as to both defendants.

**IT IS ORDERED:**

1  Kazaryan's motion to continue (Filing No. 57) is granted.

2. Trial of this matter is re-scheduled for **August 26, 2013,** as to all defendants before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 12, 2013, and August 26, 2013,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant Kazaryan is physically unable to stand trial. 18 U.S.C. § 3161(h)(4). The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 12th day of July, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge