### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:12CR343** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GAGIK HAKOBYAN** and | ) | |
| **GEORGE KAZARYAN,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the joint motion to continue by defendant George Kazaryan (Kazaryan) (Filing No. 63). Kazaryan seeks a continuance of the trial of this matter which is scheduled for August 26, 2013. Kazaryan's counsel represents that the co-defendant's and government's counsel have no objection to the motion. Upon consideration, the motion will be granted. However, **each** of the defendants shall file **on or before August 22, 2013**, an affidavit in accordance with NECrimR 12.1(a) and Paragraph 9 of the Progression Order (Filing No. 19) that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Failure to file such an affidavit may result in the immediate rescheduling of the trial.

**IT IS ORDERED:**

1. The joint motion to continue trial (Filing No. 63) is granted.

2. Trial of this matter as to both defendants, Hakobyan and Kazaryan, is re-scheduled for **October 28, 2013,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 9, 2013, and October 28, 2013,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 9th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge