IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR343 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GAGIK HAKOBYAN and | ) | |
| GEORGE KAZARYAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Gagik Hakobyan (Hakobyan) (Filing No. 72). Hakobyan seeks a continuance of the trial of this matter which is scheduled for December 9, 2013. Hakobyan's counsel represents that government's counsel and Kazaryan's counsel have no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Hakobyan's motion to continue trial (Filing No. 72) is granted.

2. Trial of this matter is re-scheduled for **January 27, 2014,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 22, 2013, and January 27, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 22nd day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge